# United States District Court
# For The Western District of North Carolina
# Statesville Division

DOREEN ELWOOD,

    Plaintiff(s),                                  JUDGMENT IN A CIVIL CASE

vs.                                                CASE NO. 5:09CV18

US FEDERAL BUREAU OF INVESTIGATION,
US IMMIGRATION AND CUSTOMS
ENFORCEMENT, AND US CENTRAL
INTELLIGENCE AGENCY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 20, 2009, Order.

                                                         Signed: March 20, 2009

                                                         *[signature: Frank G. Johns]*

                                                         Frank G. Johns, Clerk
                                                         United States District Court